DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FINANCIAL TRADE PARTNERS, LLC,**
Appellant,

v.

**OCEANIC AEREO, LLC, EDUARDO GOMEZ** and **SORANELA CUNHA,**
Appellees.

No. 4D18-2851

[February 14, 2019]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. 18-004723CACE08.

Scott M. Behren of Behren Law Firm, Weston, for appellant.

No brief filed for appellees.

PER CURIAM.

*Affirmed.*

GERBER, C.J., DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***